[No. 13384–9–II.  Division Two.  July 24, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN EDMOND DeSHIRLIA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89–1–00259–1, Robert L. Harris, J., entered November 16, 1989. *Reversed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[Nos. 10356–1–III; 10382–0–III.  Division Three.  July 25, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LUCIO AYALA, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ARMANDO RODRIGUEZ, *Appellant.*

Appeals from judgments of the Superior Court for Franklin County, Nos. 89–1–50215–1, 89–1–50227–4, Dennis D. Yule, J., entered October 27, 1989. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.